UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GLORIA CARR,                      )
                                  )
            Plaintiff,     )
                                  )   **JUDGMENT IN A CIVIL CASE**
v.                            )   **CASE NO. 5:21-CV-245-D**
                                  )
                                  )
THE UNITED STATES OF AMERICA,   )
LLOYD J. AUSTIN, and CHRISTINE E.   )
WORMUTH,                     )
                                  )
                                  )
            Defendants.   )

**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants'
motion for summary judgment [D.E. 31]. Defendants may file a motion for costs in
accordance with the Federal Rules of Civil Procedure and the court's local rules.


**This Judgment Filed and Entered on May 24, 2023, and Copies To:**

Carena Brantley Lemons      (via CM/ECF electronic notification)

Rudy E. Renfer               (via CM/ECF electronic notification)

Joshua B. Royster          (via CM/ECF electronic notification)


DATE: May 24, 2023                 PETER A. MOORE, JR., CLERK


                                       (By)  /s/ Stephanie Mann

                                       Deputy Clerk