UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GLORIA CARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:21-CV-245-D** |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| LLOYD J. AUSTIN, and CHRISTINE E. ) | |
| WORMUTH, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot defendants' motion to dismiss plaintiff's complaint [D.E. 8], GRANTS IN PART defendants' motion to dismiss plaintiff's amended complaint [D.E. 13] as to plaintiff's intentional discrimination, hostile work environment, and constructive discharge claims, and DENIES IN PART defendants' motion to dismiss plaintiff's amended complaint [D.E. 13] as to plaintiff's retaliation claim.

**IT IS FURTHER ORDERED AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 31]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and the court's local rules.

**This Judgment Filed and Entered on May 25, 2023, and Copies To:**

| | |
|---|---|
| Carena Brantley Lemons | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |

DATE: May 25, 2023            PETER A. MOORE, JR., CLERK

                              (By)  /s/ Stephanie Mann

                              Deputy Clerk